1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
6  Attorney for Defendant
   RODOLFO F. SUAREZ, JR.

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   No. 1:08-CR-00124-004 OWW
                                       )
12                Plaintiff,           )   STIPULATION AND [PROPOSED] ORDER
                                       )   FOR MODIFICATION OF CONDITIONS OF
13      v.                             )   RELEASE
                                       )
14 RODOLFO F. SUAREZ, JR.,             )
                                       )
15                Defendant.           )   JUDGE:     Hon. Dennis L. Beck
   _____ )

16

17       Whereas Pretrial Services recommends that the conditions of pretrial release relating to Defendant

18 Rodolfo F. Suarez, Jr., be modified as set forth below,

19       **IT IS HEREBY STIPULATED** by and between the parties to this action through their respective

20 counsel of record herein, Assistant United States Attorney Karen A. Escobar, counsel for Plaintiff, and

21 Assistant Federal Defender Melody M. Walcott, counsel for Defendant, with the agreement of the Pretrial

22 Services Officer, that the conditions of pretrial release made at the Detention Hearing held April 21, 2008

23 (Dkt. #9, entered April 21, 2008) and the Order Setting Conditions of Release signed by the court on

24 May 20, 2008 (Dkt. #28, entered May 20, 2008) relating to Defendant Rodolfo F. Suarez, Jr., in the

25 above-referenced matter may be modified,  as follows:

26       1.  The defendant shall participate in a program of medical or psychiatric treatment including

27 treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services

28 Officer.

1    All other previously-ordered conditions of release, not in conflict, remain in full force and effect

2    pending further order of the court.

3                                                    BENJAMIN B. WAGNER
                                                     United States Attorney
4

5    DATED: December 1, 2009          By:  /s/  Karen A. Escobar
                                                     KAREN A. ESCOBAR
6                                                    Assistant United States Attorney
                                                     Attorney for Plaintiff
7

8                                                    DANIEL J. BRODERICK
                                                     Federal Public Defender
9

10   Dated: December 1, 2009          /s/ Melody M. Walcott
                                                     MELODY M. WALCOTT
11                                                   Assistant Federal Defender
                                                     Attorney for Defendant
12                                                   Rodolfo F. Suarez, Jr.

13

14

15                              **O R D E R**

16       **IT IS SO ORDERED**.  The conditions of pretrial release made at the Detention Hearing held

17   April 21, 2008 (Dkt. #9, entered April 21, 2008) and the Order Setting Conditions of Release signed by the

18   court on May 20, 2008 (Dkt. #28, entered May 20, 2008) relating to Defendant Rodolfo F. Suarez, Jr., in

19   the above-referenced matter are hereby modified to include the provisions herein above set forth.  All other

20   prior terms and conditions of release, not in conflict, shall remain in full force and effect pending further

21   order of the court.

22

23       IT IS SO ORDERED.

24       Dated:   **December 3, 2009**            **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE
25

26

27

28