```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:08-cr-0124 OWW |
| | ) |
| Plaintiff, | ) ORDER RE: RULE |
| | ) 404(b) EVIDENCE RELATING TO |
| | ) DEFENDANT SUAREZ |
| v. | ) |
| | ) |
| RODOLFO SUAREZ, JR., | ) |
| | ) |
| Defendant. | ) |

The above-captioned matter was heard before this Court on March 5, 2010.  The Court considered oral argument by the parties and its written pleadings consisting of: (1) the government's notice of its intention to introduce Rule 404(b) evidence of the defendant's 2003 conviction for felony conviction of possession of methamphetamine, (2) the defendant's opposition to the Rule 404(b) evidence, and (3) the government's reply.

The Court found that the evidence satisfied the Ninth Circuit's four-part test regarding admissibility.  That is, the evidence bears on a material element, i.e., knowledge and intent,

of the offenses for which the defendant is now charged. The evidence is also similar to the type of drug involved in the charges. Proof of the prior conduct could be made on the basis of sufficient evidence. Finally, the prior conduct is not too remote in time, since it occurred only three years prior to the charged conspiracy.

However, the Court found based on a balancing of the probative value of the evidence against its prejudicial effect that the Rule 404(b) evidence is potentially more prejudicial than probative. Its admissibility is limited to the extent that the defendant testifies and denies knowledge of or familiarity with drugs and/or drug trafficking or the defendant raises such issues during the government's case-in-chief.

Unless and until further offer of proof,

IT IS THEREFORE THE ORDER OF THE COURT that the government's Rule 404(b) is admissible only to the extent set forth herein.

IT IS SO ORDERED.

**Dated:   March 9, 2010**               /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE