DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RODOLFO SUAREZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RODOLFO F. SUAREZ, JR.<br><br>    Defendant. | NO. 1:08-cr-00124 OWW<br><br>APPLICATION FOR ORDER EXONERATING PROPERTY BOND; DECLARATION OF COUNSEL; AND ORDER THEREON<br><br>Judge: Hon. Anthony W. Ishii |

Defendant Rodolfo F. Suarez, Jr., through counsel Melody M. Walcott, Assistant Federal Defender, hereby moves the court for an order exonerating bond and for reconveyance of real property in the above-captioned case.

On April 21, 2008 defendant Rodolfo Suarez made an initial appearance in the above-captioned case for arraignment on the Complaint; a detention hearing was held at that time.  Defendant was ordered released upon posting of a $75,000.00 property bond and Pretrial Service conditions.  (Dkt. #9) The certified copy of the recorded Deed of Trust #2008-0034601 and original signed promissory note were delivered to the court on May 20, 2008.  (Dkt. #29)

On April 23, 2010, after trial, Defendant Suarez was found guilty and was remanded into custody. (Dkt. #252)  On August 11, 2010, Defendant Suarez appeared for sentencing and was sentenced to a term of 240 months in custody.  Defendant Suarez remains in custody.

1   It is respectfully requested that bond be exonerated and title to the real property reconveyed.

2   Dated:  August 17, 2010

3                                                                          Respectfully submitted,

4                                                                          DANIEL J. BRODERICK
                                                                           Federal Defender

6                                                                           /s/  Melody M. Walcott
                                                                           MELODY M. WALCOTT
7                                                                          Assistant Federal Defender
                                                                           Attorney for Defendant
8                                                                          RODOLFO F. SUAREZ, JR.

## DECLARATION OF MELODY M. WALCOTT

I, Melody M. Walcott, declare as follows:

1. I am the Assistant Federal Defender representing Mr. Suarez in this case.  This office was appointed to represent Mr. Suarez on April 21, 2008; I have represented him since April 24, 2008.

2. On April 21, 2008, Defendant Suarez was ordered released on posting a $75,000.00 property bond to be filed with the court.  On May 20, 2008, a certified copy of recorded Deed of Trust #2008-0034601 and the original signed promissory note were delivered to the court.  (Dkt. #29)

3. On April 23, 2010, after trial, Defendant Suarez was found guilty and was remanded into custody.  (Dkt. #252)

4. On August 11, 2010, Defendant Suarez appeared for sentencing and was sentenced to a term of 240 months in custody.  (Dkt. #313)  Defendant Suarez remains in custody.

I declare under penalty of perjury that the foregoing is true and correct.  This declaration is executed on August 17, 2010, at Fresno, California.

                                                                            /s/  Melody M. Walcott
                                                                           MELODY M. WALCOTT

# **O R D E R**

**IT IS HEREBY ORDERED** that the property bond in the above-captioned case be exonerated and title to the real property securing said bond be immediately reconveyed to the property owner.

IT IS SO ORDERED.

**Dated:**   **August 20, 2010**                    /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE