AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:08-cr-00124-AWI   Document 492   Filed 06/23/16   Page 1 of 1

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>RODOLFO F. SUAREZ, JR., | Case No: 1:08-CR-00124-004 AWI<br>USM No: 63896-097 |
| Date of Original Judgment: 08/24/2010<br>Date of Previous Amended Judgment: 04/26/2013<br>*(Use Date of Last Amended Judgment if Any)* | Hannah Labaree<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   121   months **is reduced to**   120   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   11/14/2012   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   06/23/2016                             /s/ ANTHONY W. ISHII
                                                              *Judge's signature*

Effective Date:   11/01/2015                         Honorable Anthony W. Ishii
*(if different from order date)*                        *Printed name and title*