AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:08-cr-00124-AWI   Document 493   Filed 07/14/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:08-CR-00124-004 AWI |
| RODOLFO F. SUAREZ, JR., ) | USM No: 63895-097* |
| ) | |
| Date of Original Judgment: 08/24/2010 ) | |
| Date of Previous Amended Judgment: 04/26/2013 ) | Hannah Labaree |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

**First Amended**

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __121__ months **is reduced to** __120__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __11/14/2012__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 07/14/2016                    /s/ ANTHONY W. ISHII
                                          *Judge's signature*

Effective Date: 11/01/2015                Honorable Anthony W. Ishii
*(if different from order date)*          *Printed name and title*