1

2

3                    **UNITED STATES DISTRICT COURT**

4                    **EASTERN DISTRICT OF CALIFORNIA**

5

6   **UNITED STATES OF AMERICA,**          **CASE NO. 1:08-CR-124 AWI-4**

7              **Plaintiff**

8              **v.**                                **ORDER FOR RESPONSE TO MOTION**
                                                      **FOR EARLY TERMINATION OF**
9   **RODOLFO F. SUAREZ, JR.,**                       **SUPERVISED RELEASE**

10             **Defendant**

11

12

13          On January 24, 2021, Defendant Rodolfo F. Suarez, Jr. filed a pro se motion for early

14  termination of supervised release.  <u>See</u> Doc. No. 520.  Considering the totality of Defendant's

15  motion, the Court finds that it is appropriate for the United States and the United States Probation

16  Office for the Eastern District of California to file a response, and for Defendant to be given the

17  opportunity to file a reply.

18          Accordingly, IT IS HEREBY ORDERED that:

19  1.   The United States and the United States Probation Office for the Eastern District of

20       California shall each file a response on the Court's docket to Defendant's motion within

21       fourteen (14) days of service of this order;[1]

22  2.   Defendant may file a reply to the United States' response within seven (7) days of service

23       of the United States' response;[2] and

24

25  [1] Factors identified in 18 U.S.C. § 3553 are to be considered in evaluating a request for early termination.  To the
    extent that the United States or the United States Probation Office opposes early termination, their response shall
26  specifically address the relevant factors.  Additionally, the Court will view a failure by either the United States or the
    Probation Office to file a response as meaning that the non-responding entity **does not oppose** Defendant's motion for
27  early termination of supervised release.

28  [2] If, after review of the submissions of the parties, the Court determines that a hearing is necessary, the Court will set a
    hearing date at that time.

3.      The Clerk shall immediately serve a copy of this order and a copy of Defendant's motion

        (Doc. No. 520) on the United States Probation Office for the Eastern District of California.

IT IS SO ORDERED.

Dated:   January 6, 2021                    _____

                                            SENIOR  DISTRICT  JUDGE